IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO OSCAR TATUM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20cv694-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

It is ORDERED that the motion to clarify and motion for reconsideration (Doc. 66) are denied.

DONE, this the 4th day of May, 2023.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**