IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ANTONIO OSCAR TATUM,**        ) | |
| )   | |
| Petitioner,   ) | |
| )   | CIVIL ACTION NO. |
| v.           ) | 2:20cv694-MHT |
| )   | (WO) |
| **UNITED STATES OF AMERICA,**   ) | |
| )   | |
| Respondent.   ) | |

### ORDER

This cause is now before the court on petitioner's motion for a certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds the petitioner has failed to make this showing.

Accordingly, it is ORDERED that the petitioner's motion for a certificate of appealability (Doc. 66) is denied.

DONE, this the 4th day of May, 2023.

                                             /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**